UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UBALDO U. MALDANADO,<br><br>Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00232-MMD-WGC<br><br>ORDER |

The Federal Public Defender has entered an appearance in this case. (ECF No. 7.)

It is therefore ordered that Petitioner will have until up to and including 120 days from entry of this order within which to file an amended petition and/or seek other appropriate relief, such as a stay.

It is further ordered that, for this particular case, notwithstanding Local Rule LR IC 2-2(g), paper copies of any electronically filed exhibits need not be provided to chambers or the staff attorney, by either Petitioner or Respondents, unless later directed by the Court.

DATED THIS 13th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE