UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UBALDO URBINA-MALDANADO,<br><br>　　　　　　　　Petitioner,<br>　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:19-cv-00232-MMD-WGC<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (first request) (ECF No. 20). The Court finds good cause to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 20) is granted. Respondents will have up to and including June 30, 2020, to file and serve a response to the second amended petition (ECF No. 19).

DATED THIS 1st day of May 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE