# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UBALDO URBINA-MALDANADO,<br><br>Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00232-MMD-WGC<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time to file index and exhibits in support of the motion to dismiss the second amended § 2254 petition (second request) (ECF No. 23). The Court finds good cause to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time to file index and exhibits in support of the motion to dismiss the second amended § 2254 petition (second request) (ECF No. 23) is granted. Respondents will have up to and including July 7, 2020, to file and serve the index of exhibits and exhibits in support of their motion to dismiss (ECF No. 22).

It is further ordered that the time for Petitioner to respond to the motion to dismiss (ECF No. 22) will run from the date of filing and service of the index of exhibits and exhibits in support of the motion to dismiss.

DATED THIS 1st day of July 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE