# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UBALDO URBINA-MALDANADO, | Case No. 3:19-cv-00232-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner has filed an unopposed motion for extension of time (first request) (ECF No. 44). The Court finds good cause to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 44) is granted. Petitioner will have up to and including August 20, 2020, to file and serve a response to the motion to dismiss (ECF No. 22).

DATED THIS 21st day of July 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE