# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UBALDO URBINA-MALDANADO,<br><br>  Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>  Respondents. | Case No. 3:19-cv-00232-MMD-WGC<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (first request) (ECF No. 50). The Court finds good cause to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 50) is granted. Respondents will have up to and including September 24, 2020, to file and serve a reply to Petitioner's opposition to the motion to dismiss (ECF No. 46).

DATED THIS 28th day of August 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE